336

**Lucian BROCKMAN, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

## Court of Appeals of Kentucky.

Sept. 25, 1945.

George O. Bertram for movant.

Eldon S. Dummit, Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**George KIMBLER, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

## Court of Appeals of Kentucky.

Sept. 28, 1945.

Diederich & Lycan for movant.

Eldon S. Dummit, Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**John ROBINSON, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

## Court of Appeals of Kentucky.

Oct. 5, 1945.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, for movant.

J. Leonard Davis opposed.